FILED
CLERK, U.S. DISTRICT COURT
May 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

Note Changes made by Court

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOLAN CHRISTOPHER HILLIS,<br><br>            Plaintiff,<br><br>   vs.<br><br>COUNTY OF LOS ANGELES; DEPUTY SAHINBAS Serial No. 257938, individually and in his capacity as a Deputy of the County of Los Angeles Sheriff's Department; DEPUTY AJUFOH Serial No. 480984, individually and in his capacity as a Deputy of the County of Los Angeles Sheriff's Department; and DOES 1 through 50 inclusive,<br><br>            Defendants. | Case No.: CV14-7186-SVW (MRWx)<br><br>[Assigned to Judge Stephen V. Wilson Courtroom "6"]<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>TRIAL:  May 27, 2015<br><br>JS-6 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

   After full consideration of the parties' Stipulation for Dismissal with Prejudice by plaintiff NOLAN CHRISTOPHER HILLIS and defendants

---

−1−

[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE

COUNTY OF LOS ANGELES, Deputy ROBERT SAHINBAS, and Deputy CHUKWUEMEKA AJUFOH (collectively "defendants"), and finding good cause thereto, the Court hereby makes the following Order:

1. Plaintiff's entire complaint against defendants as captioned above, including all causes of action alleged therein, is hereby dismissed with prejudice;

2. All parties shall bear their own attorney's fees and costs; and

3. ~~This Court shall retain jurisdiction to enforce the settlement or enter judgment.~~

IT IS SO ORDERED.

Dated: _____May 26_____, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT

---

-2-

[PROPOSED] ORDER REGARDING STIPULATION FOR DISMISSAL WITH PREJUDICE